# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN CHANSE RIDER,
Appellant,
vs.
ESMERALDA COUNTY SHERIFF,
Respondent.

No. 74024

**FILED**

OCT 30 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a pretrial petition for a writ of habeas corpus. Fifth Judicial District Court, Esmeralda County; Kimberly A. Wanker, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no appeal lies from an order denying a pretrial petition for a writ of habeas corpus. *Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980). The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]In light of this order, we take no action on the pro se motion for emergency hearing filed on October 12, 2017.

cc: Hon. Kimberly A. Wanker, District Judge
Justin Chanse Rider
Attorney General/Carson City
Esmeralda County District Attorney
Esmeralda County Clerk